**Order entered June 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00216-CV

## IN RE MARIAM AYAD, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50435-2021**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Before the Court is relator's May 26, 2021 motion to abate. In the motion, relator asks you to abate the original proceeding until the trial court hears and rules on relator's "First Amended Motion to Reconsider or Vacate Motion to Enforce Islam Pre-Nuptial Agreement and Refer Case to Muslim Court or Fiqh Panel."

We **GRANT** relator's motion and **ABATE** this original proceeding pending the trial court's reconsideration. Relator and real party in interest shall file either a motion to dismiss or a status report within 30 days of this order.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE